DECEMBER 22, 2014

SAM WILEY
DALHART PRISON #01913112
11950 FM 998
DALHART, TEXAS 79022


ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEAL OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DEAR SIR

I WOULD LIKE TO KNOW HAVE THE COURT DISMISSED
THE PETITION FOR DISCRETIONARY REVIEW IN
CAUSE NUMBER. 2012-381-C2

RE. Appeal Number: 10-14-00018-CR

RESPECTFULLY,

Sam Wiley
SAM WILEY

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk